AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 5 2025
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>JOSE RIGOBERTO MEJIA-CUBIAS<br><br>*Defendant(s)* | Case No. 3:25mj105-LGI |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 30, 2025__ in the county of __Madison__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a)(1) and (2) | Unlawful Return of an Alien After Deportation or Removal |

This criminal complaint is based on these facts:
See the attached Affidavit of HSI Special Agent Laron Smith attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Laron Smith
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 5, 2025

_____
*Judge's signature*

City and state: Jackson, Mississippi    LaKeysha Greer Isaac, US Magistrate Judge
*Printed name and title*



3:25mj105&I

## AFFIDAVIT FOR PROBABLE CAUSE FOR
## A COMPLAINT AND ARREST WARRANT

I, Laron Smith, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed for approximately 6 1/2 years, and prior to that was employed as a detective with the Hattiesburg Police Department and as a Bureau Director with Mississippi Department of Mental Health. I have received training and have been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Jose Rigoberto MEJIA-CUBIAS, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Jose Rigoberto MEJIA-CUBIAS for violation of Title 8, United States Code, Sections 1326(a)(1) and (2), reentry of removed alien.

### PROBABLE CAUSE

3. Jose Rigoberto MEJIA-CUBIAS was arrested by the Madison Police Department on January 30, 2025, and charged with sexual battery and tampering with physical evidence. On January 30, 2025, Jose Rigoberto MEJIA-CUBIAS (Alien # 200817639), a citizen and national of El Salvador, was encountered by immigration officials in Madison County, Mississippi.

1

Immigration record checks revealed that MEJIA-CUBIAS was previously encountered by immigration officials on July 11, 2010, near Falfurrias, Texas and that he was in the United States illegally. MEJIA-CUBIAS admitted to being a citizen of El Salvador and entered the United States without being paroled or admitted by an immigration officer. MEJIA-CUBIAS was processed for expedited removal, under section 235(b)(1)(A)(i) of the Immigration and Nationality Act. MEJIA-CUBIAS was removed from the United States to El Salvador on August 26, 2010. Queries within ICE databases revealed the subject has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States. An immigration detainer was placed on MEJIA-CUBIAS by Enforcement Removal Officers.

## CONCLUSION

5. Based on these facts and circumstances, as articulated above, it is my belief that Jose Rigabertao MEJIA-CUBIAS, is a citizen and national of El Salvador, illegally present in the United States, who has previously been deported or removed from the United States while an order of exclusion, deportation, or removal was outstanding, and thereafter was found in the United States, in violation of Title 8, United States Code, Sections 1326(a)(1) and (2).

Respectfully submitted,

Laron Smith
Special Agent
Homeland Security Investigations

SWORN to before me on this _____ day of February _____, 2025.

UNITED STATES MAGISTRATE JUDGE

2