IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:25CR35-KHJ-ASH

JOSE RIGOBERTO MEJIA-CUBIAS

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, Jose Rigoberto Mejia-Cubias, by and through the undersigned counsel of record, Michael L. Scott, Senior Litigator, and notifies the Court and the United States Attorney's office of his intent to enter a plea of guilty in this matter and is requesting a speedy sentencing hearing under Fed. R. Crim. Pro. Rule 32(c)(1)(A)(ii).

Respectfully submitted this the 21st day of March, 2025.

JOSE RIGOBERTO MEJIA-CUBIAS,
Defendant

BY:   *s/Michael L. Scott*
Senior Litigator
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
MS #101320

## CERTIFICATE OF SERVICE

      I, Michael L. Scott, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

      This the 21st day of March, 2025.

                                                            _s/Michael L. Scott_  
                                                            Senior Litigator